# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

LADELL DICKERSON

          Plaintiff,

vs.

DARRAL ADAMS

          Defendant.

CASE NO. CV 08 2386 RMW

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

(PR)

I, __Ladell Dickerson__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?   Yes _X_   No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: __ZERO__   Net: __ZERO__

Employer: __CORCORAN STATE PRISON__

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APPLIC. TO PROC. IN FORMA PAUPERIS, Case No.

- 1 -

1  and wages per month which you received. (If you are imprisoned, specify the last place of
2  employment prior to imprisonment.)
3  _____N/A_____
4  _____
5  _____
6  2.   Have you received, within the past twelve (12) months, any money from any of the following
7  sources:
8       a.   Business, Profession or          Yes ___ No _X_
9            self employment
10      b.   Income from stocks, bonds,       Yes ___ No _X_
11           or royalties?
12      c.   Rent payments?                   Yes ___ No _X_
13      d.   Pensions, annuities, or          Yes ___ No _X_
14           life insurance payments?
15      e.   Federal or State welfare payments, Yes ___ No _X_
16           Social Security or other govern-
17           ment source?
18  If the answer is "yes" to any of the above, describe each source of money and state the amount
19  received from each.
20  _____N/A_____
21  _____
22  3.   Are you married?                     Yes ___ No _X_
23  Spouse's Full Name: _____N/A_____
24  Spouse's Place of Employment: _____N/A_____
25  Spouse's Monthly Salary, Wages or Income:
26  Gross $_____ Net $_____
27  4.   a.   List amount you contribute to your spouse's support : $ _____N/A_____
28       b.   List the persons other than your spouse who are dependent upon you for support

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____          - 2 -

and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____N/A_____

_____

5. Do you own or are you buying a home?        Yes ____ No _X_

Estimated Market Value: $____N/A____ Amount of Mortgage: $____N/A____

6. Do you own an automobile?                   Yes ____ No _X_

Make _____ Year _____ Model _____

Is it financed? Yes _____ No _____ If so, Total due: $ _____

Monthly Payment: $ _____

7. Do you have a bank account? Yes ____ No _X_ (Do not include account numbers.)

Name(s) and address(es) of bank: _____N/A_____

_____

Present balance(s): $ _____

Do you own any cash? Yes ____ No _X_ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)   Yes ____ No _X_

_____

8. What are your monthly expenses?

Rent: $ ____N/A____                          Utilities: ____N/A____

Food: $ ____N/A____                          Clothing: ____N/A____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| N/A | $ N/A | $ N/A |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No. _____

- 3 -

1  _____

2  _____

3  10.    Does the complaint which you are seeking to file raise claims that have been presented in

4  other lawsuits?                              Yes ___  No _X_

5  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which

6  they were filed.

7  _____N/A_____

8  _____

9      I consent to prison officials withdrawing from my trust account and paying to the court the

10  initial partial filing fee and all installment payments required by the court.

11     I declare under the penalty of perjury that the foregoing is true and correct and understand

12  that a false statement herein may result in the dismissal of my claims.

13  

14  4/17/08                            /s/ Ladell Dickerson

15  DATE                               SIGNATURE OF APPLICANT

16

17

18

19

20

21

22

23

24

25

26

27

28

PRIS. APPLIC. TO PROC. IN FORMA

PAUPERIS, Case No. _____          - 4 -

Case Number: _____

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of **Ladell Dickerson** for the last six months at
[prisoner name]

**CSP- Corcoran** where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ **13.08** and the average balance in the prisoner's account each month for the most recent 6-month period was $ **13.08**.

Dated: **4-21-08**           *Anita Fernandez, Acct. Clk. II*
                              [Authorized officer of the institution]

```
REPORT ID: TS3030  .701                                    REPORT DATE: 04/21/08
                                                           PAGE NO:        1
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                           CALIF. STATE PRISON CORCORAN
                           INMATE TRUST ACCOUNTING SYSTEM
                           INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: OCT. 01, 2007 THRU APR. 21, 2008

ACCOUNT NUMBER  : P48453              BED/CELL NUMBER: 3A0100000000244U
ACCOUNT NAME    : DICKERSON, LADELL   ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                              TRUST ACCOUNT ACTIVITY
       TRAN
DATE   CODE  DESCRIPTION     COMMENT    CHECK NUM  DEPOSITS  WITHDRAWALS  BALANCE
-----  ----  --------------  ---------  ---------  --------  -----------  --------

10/01/2007   BEGINNING BALANCE                                                0.00

10/03*VD54 INMATE PAYROL 1229/SEPLP                  11.51                   11.51
10/24 W512 LEGAL POSTAGE 1506/09-25                              5.70         5.81
10/24 W512 LEGAL POSTAGE 1506/09-25                              1.14         4.67
11/06*VD54 INMATE PAYROL 1639/OCT07                   8.43                   13.10
12/06*VD54 INMATE PAYROL 1992 11 07                  11.41                   24.51
      ACTIVITY FOR 2008
01/04*VD54 INMATE PAYROL 2357/DEC07                  12.15                   36.66
01/25 W536 COPAY CHARGE  2683/01-18                              5.00        31.66
02/07*VD54 INMATE PAYROL 2853/JAN08                  12.15                   43.81
03/06*VD54 INMATE PAYROL 3242 02/08                  11.59                   55.40
04/04*VD54 INMATE PAYROL 3730/MAR08                  11.25                   66.65
04/10 FC02 DRAW-FAC 2    3862/3A2DR                             41.00        25.65


                          * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 05/24/99                   CASE NUMBER: 131928
COUNTY CODE: ALA                           FINE AMOUNT: $  4,800.00

  DATE       TRANS.   DESCRIPTION                    TRANS. AMT.   BALANCE
  ------     ------   ---------------------------    -----------   --------

10/01/2007   BEGINNING BALANCE                                     4,348.91

10/03/07     VR54     RESTITUTION DEDUCTION-SUPPORT    12.78-      4,336.13
11/06/07     VR54     RESTITUTION DEDUCTION-SUPPORT     9.36-      4,326.77
12/06/07     VR54     RESTITUTION DEDUCTION-SUPPORT    12.66-      4,314.11
01/04/08     VR54     RESTITUTION DEDUCTION-SUPPORT    13.50-      4,300.61
02/07/08     VR54     RESTITUTION DEDUCTION-SUPPORT    13.50-      4,287.11
03/06/08     VR54     RESTITUTION DEDUCTION-SUPPORT    12.87-      4,274.24
04/04/08     VR54     RESTITUTION DEDUCTION-SUPPORT    12.48-      4,261.76
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE
ATTEST: 4-21-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____ A.C.II
       TRUST OFFICE

```
REPORT ID: TS3030  .701                                REPORT DATE: 04/21/08
                                                       PAGE NO:        2
                    CALIF. STATE PRISON CORCORAN
                    INMATE TRUST ACCOUNT STATEMENT

             FOR THE PERIOD: OCT. 01, 2007 THRU APR. 21, 2008

ACCT: P48453      ACCT NAME: DICKERSON, LADELL       ACCT TYPE: I

    * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
    * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                         TRUST ACCOUNT SUMMARY

   BEGINNING      TOTAL       TOTAL        CURRENT     HOLDS      TRANSACTIONS
   BALANCE       DEPOSITS   WITHDRAWALS    BALANCE    BALANCE     TO BE POSTED
   ---------     --------   -----------   ---------  ----------   ------------
      0.00        78.49        52.84        25.65       0.00          0.00


                                            CURRENT
                                           AVAILABLE
                                            BALANCE
                                           ---------
                                             25.65
                                           ---------
```

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 4-21-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____ TRUST OFFICE

Mr. Ladell Dickerson P48453
C.S.P. Corcoran 3AD1-244u
P.O. Box 3461
Corcoran, CA. 93212

RECEIVED
MAY 5 2008
RICHARD W. WIEKING
CLERK, U.S DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District
Court Northern District
of California
450 Golden Gate Ave
San Francisco, CA. 94102-7004

Hasler
US POSTAGE
05 02 2008