# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

Dear Sir or Madam:

Your action has been filed as a civil case number _____.

It appears that you have not attached a complaint or petition to your other pleadings. **RMW**

**(PR)**

**If you do not submit a complaint or petition (using the above referenced case number) within THIRTY DAYS from the filing date stamped above, your action will be dismissed and the file closed.**

Sincerely,
RICHARD W. WIEKING, Clerk

By _____
Deputy Clerk

(IFP Application / letter / no complaint)
(blank complaint form / petition attached)

DICKERSON

Rev. 10/07