

C08-2386 RMW  5/8/08

Atten: Clerk,
My name is Laden Dickerson. I would like to inform the courts of my new address. C.M.C. East State Prison
P.O. Box 8101
San Luis Obispo, CA
93409,8101

I would also like a file # letting me know my writ has been receive with the courts.
Thank you for your time.

Laden Dickerson P-48453

CALIFORNIA MEN'S COLONY STATE PRISON
P.O. BOX 8101
SAN LUIS OBISPO, CA 93409-8101

Name: Ladell Dickerson
CDCR #: P-48463   Cell #: 3300 x

**STATE PRISON
GENERATED MAIL**

FSP41-0077-1

Legal
Mail

CALIFORNIA MEN'S COLONY
STATE PRISON
SAN LUIS OBISPO CA 93409

[USPS Pitney Bowes postage $00.41° MAY 09 2008, MAILED FROM ZIP CODE 93401, 000424747B]

Attn: Clerk
United States District
Northern Court of
California
450 Golden Gate Ave
San Francisco, CA
94102

9410283661 C004