1
2
3
4
5
6
7

*E-FILED - 7/3/08*

8          IN THE UNITED STATES DISTRICT COURT

9        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

| LADELL DICKERSON, | ) | No. C 08-2386 RMW (PR) |
|---|---|---|
| Petitioner, | ) | ORDER OF DISMISSAL; |
| | ) | INSTRUCTIONS TO |
| v. | ) | CLERK |
| | ) | |
| DARRAL ADAMS, | ) | |
| | ) | |
| Respondent. | ) | (Docket No. 1) |
| _____ | ) | |

16    This action was opened when petitioner, a state prisoner proceeding pro se, filed

17  an application to proceed in forma pauperis ("IFP") on May 8, 2008. The IFP application

18  should have been filed in petitioner's habeas case opened two days earlier, Dickerson v.

19  Adams, No. C 08-2347 RMW (PR), not in a new and separate case. Accordingly, the

20  clerk shall file the IFP application filed herein in Case No. C 08-2347 RMW (PR). The

21  instant action is DISMISSED.

22    The clerk shall terminate docket number 1 and close the file.

23    IT IS SO ORDERED.

24  DATED: _____7/1/08_____      *Ronald M. Whyte*

25                   RONALD M. WHYTE
                     United States District Judge

26
27
28