1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*E-FILED - 7/3/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LADELL DICKERSON,                    )        No. C 08-2386 RMW (PR)
                                     )
            Petitioner,              )        JUDGMENT
                                     )
      v.                             )
                                     )
DARRAL ADAMS,                        )
                                     )
            Respondent.              )
_____)

        The court has dismissed the instant habeas action.  A judgment of dismissal is

entered.  The clerk shall close the file.

        IT IS SO ORDERED.

DATED: __ 7/1/08 _____                      _Ronald M. Whyte_____
                                             RONALD M. WHYTE
                                             United States District Judge